TIMOTHY M. BURGESS
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
(907) 456-0245

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. F |
| | ) | |
| Plaintiff, | ) | COUNTS 1 & 2: |
| | ) | DISTRIBUTION OF |
| vs. | ) | METHAMPHETAMINE |
| | ) | Vio. 21 U.S.C. §§ 841(a)(1) and |
| | ) | 841(b)(1)(C) |
| DENNARD CARL HEGNA, | ) | |
| | ) | COUNT 3: |
| Defendant. | ) | POSSESSION WITH INTENT TO |
| | ) | DISTRIBUTE METHAMPHETAMINE |
| | ) | Vio. 21 U.S.C. §§ 841(a)(1) and |
| | ) | 841(b)(1)(B) |
| | ) | |

INDICTMENT

The Grand Jury Charges that:

COUNT 1

On or about January 28, 2005, within the District of Alaska, the defendant,

DENNARD HEGNA, did knowingly and intentionally distribute a controlled substance,

to wit: approximately 6.5 grams of a mixture or substance containing a detectable amount of methamphetamine, all of which is in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 2

On or about February 1, 2005, within the District of Alaska, the defendant, DENNARD HEGNA, did knowingly and intentionally distribute a controlled substance, to wit: approximately 13.8 grams of a mixture or substance containing a detectable amount of methamphetamine, all of which is in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3

On or about March 15, 2004, within the District of Alaska, the defendant, DENNARD HEGNA, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: approximately 157 grams of a mixture or substance containing a detectable amount of methamphetamine, which in turn contained at least 5

//

//

//

grams of actual methamphetamine, all of which is in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

A TRUE BILL.

S/Grand Jury Foreperson
GRAND JURY FOREPERSON

S/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney

S/Deborah Smith for
TIMOTHY M. BURGESS
United States Attorney

DATED:  December 13, 2005