AO 470 (8/85) Order of Temporary Detention

# United States District Court

———— DISTRICT OF ————

UNITED STATES OF AMERICA

V.

DENNARD CARL HEGNA
_____
Defendant

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: F05-0043 CR(RRB)

**FILED** DEC 16 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

Upon motion of the __defendant__, it is ORDERED that a detention hearing is set for __12-29-05__ at __1:30 pm__ before __The Honorable Terrance W. Hall__
Name of Judicial Officer

__Federal Building, U.S. Courthouse, 101 12th Ave, Room 326__
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( __State custody__
Other Custodial Official
) and produced for the hearing.

__16 Dec 2005__
Date

_____
Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

F05-0043--CR (RRB)
FEDERAL PUBLIC DEFENDER AGENCY
B. SCHRODER
US MARSHAL

US PROBATION
JUDGE BEISTLINE

12-16-05
TG

