FILED
US DISTRICT COURT
DISTRICT OF ALASKA

TIMOTHY M. BURGESS
United States Attorney

2005 DEC 14 PM 3: 22

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
(907) 456-0245

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In the Matter of | ) | Case No. F05-043 CR (RRB) |
| | ) | |
| **DENNARD CARL HEGNA,** | ) | PETITION FOR WRIT OF |
| | ) | HABEAS CORPUS AD |
| On Writ of Habeas Corpus | ) | PROSEQUENDUM |
| | ) | |

TO: The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

DENNARD CARL HEGNA, who is imprisoned by the State of Alaska

Department of Corrections, at Fairbanks Correctional Center, is a defendant in a certain

cause now pending before this court, to wit: United States of America v. Dennard Carl

Hegna, Case No. F05-043 CR, which is necessary to schedule an arraignment/initial

appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to

issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of

Corrections to bring the said defendant before the court in Fairbanks, Alaska, for the

Scanned 12-14-05

3

hearing, as well as further proceedings, and to be returned to the State of Alaska

Department of Corrections.

TIMOTHY M. BURGESS
United States Attorney

DATED: 12/14/05

BRYAN SCHRODER
Assistant United States Attorney

2

DEC 14 2005

FILED

DEC 1 5 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

_____ Deputy

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

In the Matter of

DENNARD CARL HEGNA,

On Writ of Habeas Corpus

)
)
)
)
)
)

Case No. F05- 043 CR (RRB)

ORDER FOR ISSUANCE OF
WRIT OF HABEAS CORPUS AD
PROSEQUENDUM

On the Petition of Bryan Schroder, Assistant United States Attorney, IT IS

ORDERED that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad

Prosequendum to the State of Alaska Department of Corrections to bring DENNARD

CARL HEGNA, now being held at Fairbanks Correctional Center, before this court as a

defendant in a certain cause now pending before this Court, to wit: United States of

America v. Dennard Carl Hegna, Case No. F05-043 CR, for the scheduling of an

arraignment/initial appearance in Fairbanks, Alaska, and such other proceedings as the

court may desire, said person to be returned to the said State of Alaska Department of

Corrections, soon as the case is disposed of.

DATED this ___14___ day of December, 2005, at Fairbanks, Alaska.

It is so ordered this ___14___ day of Dec, 2005

Terrance W Hall, U.S. Magistrate Judge

F05-0043--CR (RRB)
-----------------------------------------
B. SCHRODER
US MARSHAL            12 15 05
US PROBATION

**FILED**

DEC 1 5 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

E. _____ *16*

_____ Deputy

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   DENNARD CARL HEGNA

THE HONORABLE TERRANCE W. HALL

DEPUTY CLERK                           CASE NO.   F05-0043-01CR(RRB)

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 14, 2005

**ARRAIGNMENT** in the above-case is hereby set for **FRIDAY,**

**DECEMBER 16, 2005, at 10:00 a.m.** before Terrance W. Hall, U. S.

Magistrate Judge, in Magistrate Judge Courtroom #2, U.S.

Courthouse, 101 12th Avenue, Fairbanks, Alaska.

F05-0043--CR (RRB)
----------------------------
B. SCHRODER
US MARSHAL        12.15.05 *16*
US PROBATION

[]{ARRAIGNB.WPD*Rev.03/97}

FILED
DEC 16 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____
Deputy

AO 470 (8/85) Order of Temporary Detention

# United States District Court

## ————— DISTRICT OF —————

UNITED STATES OF AMERICA

### V.

DENNARD CARL HEGNA
_____
Defendant

**ORDER OF TEMPORARY DETENTION**
**PENDING HEARING PURSUANT TO**
**BAIL REFORM ACT**

Case Number: F05-0043 CR(RRB)

Upon motion of the _defendant_ , it is ORDERED that a

detention hearing is set for _12-29-05_ · at _1:30 p.m._
   Date          Time

before _The Honorable Terrance W. Hall_
   Name of Judicial Officer

_Federal Building, U.S. Courthouse, 101 12th Ave, Room 326_
   Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_State Custody_____ ) and produced for the hearing.
   Other Custodial Official

_16 Dec 2005_
   Date

_____
   Judicial Officer

\*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

F05-0043--CR (RRB)
--------------------------------
FEDERAL PUBLIC DEFENDER AGENCY
B. SCHRODER
US MARSHAL

US PROBATION
JUDGE BEISTLINE

12-16-05
TG



CJA 23

# FINANCIAL AFFIDAVIT

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|

IN THE CASE OF

_USA._ vs. _Hegna_

FOR AT _Fairbanks_

**FILED**
DEC 1 9 2005
UNITED STATES District Court
DISTRICT OF ALASKA
District Court _____ Deputy
Court of Appeals

**PERSON REPRESENTED** (Show your full name)

▶ _Dennard Carl Hegna_

1 ☐ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

DOCKET NUMBERS

**CHARGE/OFFENSE** (describe if applicable & check box ➔ )   ☐ Felony   ☐ Misdemeanor

---

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed?   ☐ Yes   ☒ No   ☐ Am Self Employed

Name and address of employer: _____

**IF YES,** how much do you earn per month? $ _____

**IF NO,** give month and year of last employment
How much did you earn per month   $ _____

If married is your Spouse employed?   ☐ Yes   ☒ No

**IF YES,** how much does your Spouse earn per month $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☐ No

**IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES**

RECEIVED $ _N/A_   SOURCES

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No   **IF YES,** state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☐ No

**IF YES, GIVE VALUE AND DESCRIBE IT**

VALUE $ _55,000_

DESCRIPTION _668 Henry St_
_Fairbanks AK_
_Joint with Daughter_

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☒ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents   _1_

List persons you actually support and your relationship to them
_Kayla Sue Hegna_

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify the above to be correct.

**SIGNATURE OF DEFENDANT**
(OR PERSON REPRESENTED)

▶ _____   12-16-05

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.

**FILED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

DEC 1 9 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
by_____Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>DENNARD CARL HEGNA,<br><br>Defendant(s). | ORDER REGARDING PREPARATION<br>FOR TRIAL<br><br>Case No. F05-0043   CR(RRB) |

~~**IT IS HEREBY ORDERED** as follows:  If the defendant has not already done so, but intends to consent to proceed before the Magistrate Judge, the defendant shall execute and file the **Consent to Proceed Before the Magistrate Judge** form on or before _____.  If the consent form is not timely filed by said date, this case will promptly be assigned to a U.S. District Judge for trial.~~

1.  On or before the 27ᵗʰ day of   December , 20 05  **counsel for the parties shall meet** and personally confer at an agreed time and place, or if an agreement cannot be reached by counsel, then they shall meet at 1:30 p.m. on the  27ᵗʰ  day of  December , 20 05 , at the office of counsel for the plaintiff.

The purpose of the conference will be to accomplish on a mutual, reciprocal and voluntary basis all information and discovery which could be obtained by resorting to formal motions

-1-

F05-0043--CR (RRB)
---------------------------------
FEDERAL PUBLIC DEFENDER AGENCY
B. SCHRODER
US MARSHAL

US PROBATION
JUDGE BEISTLINE

12.19.05
TLH

under any applicable rule of the Federal Rules of Criminal Procedure, or that has been permitted by a decision of the United States Supreme Court, the United States Court of Appeals for the Ninth Circuit, or any United States District Court within the Ninth Circuit; and to openly, meaningfully and candidly discuss the facts, evidence and law pertaining to this case.

    **2.** **Within 10 days** after the aforementioned conference is held, counsel for plaintiff shall certify to the Court that such a conference was held and the date, time and place of such conference.

    **3.** In order to avoid the frequent serious problems which arise as the result of late filed motions in criminal cases; i.e., motions filed immediately before trial, on or before the _5th_ day of_ January _, 20_ 06 _, the parties shall file all appropriate and necessary motions for relief sought under **Rules 7, 12, 13, 14, 15, 16, 17, 17.1 and 41 of the Federal Rules of Criminal Procedure.**

    This court's local criminal rules make several of this court's local civil rules applicable where appropriate. Among them is D.Ak.LR 7.1 pertaining to motion practice. *See* D.Ak.CR 47.1. That rule contemplates that in the ordinary course of briefing motions there will be a motion, a response and then a reply. The limited time permitted by the Speedy Trial Act for pretrial preparation has led to the adoption of a custom or practice on the court's criminal docket in which reply memoranda are almost never filed in a criminal case. **Pursuant to D.Ak.CR 47.1(c), no reply memoranda shall be filed with respect to any motion in this case unless**

-2-

**specifically requested by the magistrate judge or the district judge in a subsequent order.**

**4.** That no such motions as noted in paragraph 3 may be filed subsequent to that date without leave of court, and for good cause shown.

**5.** In preparing for trial, counsel shall timely comply with **D.Ak.LR 39.2, 47.1 and 51.1** in a meaningful manner. That trial of this case shall be conducted in accordance with **D.Ak.LR 39.5.**

**6.** In order to comply with the time limits of this Court's **Speedy Trial Plan** for achieving prompt disposition of criminal cases, the parties may expect the above-entitled case to be set for trial at Fairbanks, Alaska, within 70 days from the filing date (and making public) of the Information/Indictment, or from the date the defendant has appeared before a judicial officer of this court, whichever date last occurs, subject to excludable periods of time as computed pursuant to said plan.

**7.** Unless otherwise ordered by the Court the time for opposing a pretrial motion listed in paragraph 3, above, shall be five **(5)** days from the date of service upon that party.

DATED this __16__ day of December, 2005, at Fairbanks, Alaska.

**THE HONORABLE TERRANCE W. HALL**
**UNITED STATES MAGISTRATE JUDGE**

(Rev 12/05)

-3-

**FILED**

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

DEC 1 9 2005

UNITED ST... ... ...OURT
...
Deputy

U.S.A. vs DENNARD CARL HEGNA    CASE NO.    F05-0043D (TWH)
Defendant:___Present    X In Custody    On Summons    On Bond

BEFORE THE HONORABLE    TERRANCE W. HALL

DEPUTY CLERK/RECORDER:    MISTY DAVENPORT

UNITED STATES ATTORNEY:    BRYAN SCHRODER

DEFENDANT'S ATTORNEY:    RICH KURTNER (TELEPHONIC)

U.S.P.O.:    MARCI LUNDGREN

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT    Held: 12/16/05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:10 a.m. court convened.

 X Copy of Indictment given to defendant: waived reading.

 X Defendant sworn.

 X Defendant advised of general rights.

 X Defendant advised of charges and penalties.

 X Defendant states true name: Dennard Carl HEGNA
 X Financial Affidavit filed.
   X Federal Public Defender accepted appointment.

 X PLEA(S):  X  Not Guilty to Counts 1, 2, and 3

 X Counsel advised of trial date: February 13, 2006 @ 10:00 a.m.

 X Court accepted plea(s).

 X Defendant detained/Detention Hearing set for 12/29/05 @ 1:30
p.m.

 X Pretrial motions due   1/5/06

At 10:26 a.m. court adjourned.


DATE: 12/17/05    DEPUTY CLERK'S INITIALS:    MLD


F05-0043--CR (RRB)
----------------------------------
FEDERAL PUBLIC DEFENDER AGENCY Faxed
B. SCHRODER
US MARSHAL

US PROBATION
JUDGE BEISTLINE

12-19-05
Tb

9