

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 28  AM 10: 41

M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>DENNARD CARL HEGNA,<br><br>          Defendant. | Case No. F05-0043 CR (RRB)<br><br>**MOTION ON SHORTENED TIME TO VACATE DETENTION HEARING** |

Defendant, Dennard Carl Hegna, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time for an order vacating the December 29, 2005, detention hearing and consents to an entry of a detention order. At the present time, Mr. Hegna is in state custody and does not have a completed proposal for his release. Should Mr. Hegna's circumstances change, he will approach the court in writing for a bail review hearing. Mr. Hagna asks that the December 29th detention hearing be vacated.

Scanned + faxed to FBX 12-28-05

DATED this 28th day of December, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

M. J. Haden
Staff Attorney

Certification:

I certify that on December 28, 2005, I hand delivered a copy of this document to:

Bryan Schroder, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

Lenora L. Roehling