**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

FILED
DEC 28 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

<u>UNITED STATES OF AMERICA</u>  v.  <u>DENNARD CARL HEGNA</u>

THE HONORABLE TERRANCE W. HALL

DEPUTY CLERK                                CASE NO. <u>F05-0043CR(RRB)</u>

<u>CAROLYN BOLLMAN</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 28, 2005

Defendant's Motion on Shortened Time to Vacate Detention Hearing set for December 29, 2005 is **GRANTED**.

F05-0043--CR (RRB)

M. HADEN (FPD)
B. SCHRODER
US MARSHAL

US PROBATION
JUDGE BEISTLINE

12/28/05

[]{IA.WPD*Rev.12/96}