FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 29 PM 2: 53

TIMOTHY M. BURGESS
United States Attorney

BRYAN SCHRODER
Assistant United States Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
(907) 456-0245

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. F05-043 CR (RRB) |
| Plaintiff, ) | |
| ) | **REPORT OF CONFERENCE** |
| vs. ) | |
| DENNARD CARL HEGNA, ) | |
| Defendant. ) | |

This is to certify that counsel for the parties conferred regarding this case on Tuesday, December 27, 2005, at approximately 11:00 a.m., at the U.S. Courthouse and Federal Building in Anchorage, and discussed discovery and the future

//
//
//

course of proceedings in this case.

DATED this 29TH day of December, 2005, in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

BRYAN SCHRODER
Assistant United States Attorney

**DECLARATION**

I declare under penalty of perjury that a true and correct copy of the foregoing **REPORT OF CONFERENCE**, was sent to the following counsel of record on December 29, 2005, via U. S. Mail:

M. J. Haden
Assistant Federal Defender
Federal Public Defender
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501

Office of the United States Attorney

2