M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DENNARD CARL HEGNA,<br><br>　　　　　　Defendant. | Case No. F05-0043 CR (RRB)<br><br>**UNOPPOSED MOTION TO CONTINUE TRIAL** |

　　　　　Defendant, Dennard Carl Hegna, by and through counsel M. J. Haden, Staff Attorney, moves this court for an order continuing the trial in the above-styled matter, currently scheduled for February 13, 2006.  This motion is necessary to allow Mr. Hegna adequate time to litigate pretrial motions.  This motion is unopposed by Assistant United States Attorney Bryan Schroder.

　　　　　Mr. Hegna is charged in a three count indictment with possession of methamphetamine with the intent to distribute in violation of 21 U.S.C. § 841.  Discovery was received on Wednesday, December 28, 2005; however, the discovery process is not complete.  The discovery received to date indicates that there is an audio recording of the

traffic stop that forms the bases of count three of the indictment. Mr. Hegna, in a separate motion, has requested that the pretrial motions deadline be extended by ten days to allow time to complete and review discovery. The government is currently in the process of obtaining the tape from the Fairbanks Alaska State Troopers. A ten-day continuance will make the defendant's pretrial motions due on January 17, 2006. In order to allow adequate time to litigate pretrial motions and preserve Mr. Hegna's Fourth, Fifth, and Sixth Amendment rights, Mr. Hegna requests that his trial be continued for three weeks. Undersigned counsel is unavailable from March 20, 2006, through March 24, 2006.

DATED this 3rd day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 3, 2006, a copy of the foregoing Unopposed Motion on Shortened Time to Continue Pretrial Motions Deadline, with attachments,  was hand delivered on:

Bryan Schroder, Esq.

/s/ M. J. Haden