UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DENNARD CARL HEGNA,<br><br>           Defendant. | Case No. F05-0043 CR (RRB)<br><br>**PROPOSED ORDER<br>CONTINUING TRIAL BY JURY** |

After due consideration of defendant's Unopposed Motion to Continue Trial, the court GRANTS/DENIES the motion.

The trial date currently scheduled for February 13, 2006, is hereby vacated.

Trial is reset for _____, 2006 at _____ a.m./p.m.

DATED _____, 2005, in Anchorage, Alaska.


_____
RALPH R. BEISTLINE
U.S. DISTRICT JUDGE