M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   vs.<br><br>DENNARD CARL HEGNA,<br><br>          Defendant. | Case No. F05-0043 CR (RRB)<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE PRETRIAL MOTIONS DEADLINE** |

Defendant, Dennard Carl Hegna, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time for a continuance of the pretrial motions deadline currently set for Thursday, January 5, 2006.  Mr. Hegna requests that the pretrial motions deadline be extended by ten days.  This motion is necessary because discovery has not been completed.  This motion is unopposed by Assistant United States Attorney Bryan Schroder.

Mr. Hegna is charged in a three count indictment with possession of methamphetamine with the intent to distribute in violation of 21 U.S.C. § 841.  One of the counts is based on a traffic stop and vehicle search where alleged drugs were discovered.

The discovery to date suggests that the stop was recorded and that Mr. Hegna's statements to law enforcement following the stop were recorded.  The stop was made by Fairbanks Alaska State Troopers.  The government is in the process of obtaining a copy of these recordings from the state.  Mr. Hegna is entitled to review these recordings pursuant to Fed. R. Crim. P. 12(b) before filing his pre-trial motions.  Furthermore, undersigned counsel needs additional time to review this material with Mr. Hegna, who is currently housed in Fairbanks.  Thus, in order to provide Mr. Hegna effective assistance of counsel and provide him the opportunity to challenge any violations of his Fourth and Fifth Amendment rights, an additional ten days is required.

As Mr. Hegna is currently scheduled for trial on February 13, 2006, Mr. Hegna is filing contemporaneous an unopposed motion to continue the trial in this matter.

DATED this 3rd day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 3, 2006, a copy of the foregoing Unopposed Motion on Shortened Time to Continue Pretrial Motions Deadline, with attachments,  was hand delivered on:

Bryan Schroder, Esq.

/s/ M. J. Haden