UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DENNARD CARL HEGNA,<br><br>        Defendant. | Case No. F05-0043 CR (RRB)<br><br>**PROPOSED ORDER<br>CONTINUING PRETRIAL<br>MOTIONS DEADLINE** |

       After due consideration of defendant's Unopposed Motion on Shortened Time for Continuance of Pretrial Motions Deadline, the court GRANTS/DENIES the motion.

       Pretrial Motions are now due by close of business January 17, 2006.

       DATED January _____, 2005, in Fairbanks, Alaska.


_____
TERRANCE W. HALL
U.S. MAGISTRATE JUDGE