UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


   USA    v.   DENNARD CARL HEGNA

DATE:   January 4, 2006     CASE NO.   F05-0043 CR (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                            **SCHEDULING HEARING**

---

      A hearing on Defendant's Unopposed Motion to Continue Trial at Docket 14 will be held on **Friday, January 13, 2006, at 8:30 a.m.**, in Fairbanks, Alaska.

      Counsel and parties needing to attend telephonically are to contact Carolyn Bollman, Deputy Clerk, at 907-451-5791, to make appropriate arrangements.

M.O. SCHEDULING HEARING