MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.  DENNARD CARL HEGNA          CASE NO. 4:05-cr-0043-RRB
Defendant: X Present X In Custody

BEFORE THE HONORABLE: RALPH R BEISLTINE

DEPUTY CLERK/RECORDER: TINA J GROTHAUSE

UNITED STATES' ATTORNEY: BRYAN SCHRODER

DEFENDANT'S ATTORNEY: M.J. HADEN

PROCEEDINGS: HEARING ON MOTION TO CONTINUE TRIAL HELD:01/13/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:31 a.m. court convened.

Court and counsel heard re rescheduling trial.

Court **GRANTS** motion to continue trial. Previous trial date is vacated.

Final Pretrial Conference set for April 3,2006 at 9:00 a.m. trial to begin week of April 10,2006.

At 8:39 a.m. court adjourned.

DATE:   01/13/06                   DEPUTY CLERK'S INITIALS: tg