M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DENNARD CARL HEGNA,<br><br>　　　　　Defendant. | Case No. F05-0043 CR (RRB)<br><br>**SECOND UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE PRETRIAL MOTIONS DEADLINE** |

　　　　　Defendant, Dennard Carl Hegna, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time for an additional continuance of the pretrial motions.  Counsel originally requested a continuance of the pretrial motions deadline until Tuesday, January 17, 2006, due to a delay in the discovery process.  Discovery is still pending.  The government has represented that discovery will be completed by close of business, Tuesday, January 17, 2006.  Mr. Hegna requests that the pretrial motions deadline be extended by one week to allow review of the discovery materials.  The trial in this matter has been continued to April 10, 2006; thus, an additional one-week continuance will not interfere with the trial schedule.

This motion is unopposed by Assistant United States Attorney Bryan Schroder.

DATED this 13th day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 13, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden