UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DENNARD CARL HEGNA,<br><br>    Defendant. | Case No. F05-0043 CR (RRB)<br><br>**ORDER CONTINUING<br>PRETRIAL MOTIONS DEADLINE** |

After due consideration of defendant's Unopposed Motion on Shortened Time for Continuance of Pretrial Motions Deadline, the court GRANTS/~~DENIES~~ the motion.

Pretrial Motions are now due by close of business January 24, 2006.

DATED January 18, 2006, in Fairbanks, Alaska.

                                            TERRANCE W. HALL
                                            U.S. MAGISTRATE JUDGE