```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


                         USA    v.    HEGNA

DATE:     March 21, 2006           CASE NO.    4:05-CR-0043-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               RESCHEDULING HEARING
```

Due to judicial scheduling conflicts, the final pretrial conference scheduled in this matter for April 3, 2006, is **rescheduled**, and will be held on **Friday, April 7, 2006, at 11:00 a.m.**, in Fairbanks, Alaska. Judge Beistline will attend telephonically from Anchorage.