DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 4:05-cr-0043-RRB |
|---|---|---|
| Plaintiff, | ) | COUNTS 1 & 2: |
| | ) | DISTRIBUTION OF |
| vs. | ) | METHAMPHETAMINE |
| | ) | Vio. 21 U.S.C. §§ 841(a)(1), |
| | ) | 841(b)(1)(B), and 841(b)(1)(C) |
| DENNARD CARL HEGNA, | ) | |
| | ) | COUNTS 3 & 4: |
| Defendant. | ) | POSSESSION WITH INTENT TO |
| | ) | DISTRIBUTE METHAMPHETAMINE |
| | ) | Vio. 21 U.S.C. §§ 841(a)(1), |
| | ) | 841(b)(1)(B), and 841(b)(1)(C) |

**SUPERSEDING INDICTMENT**

The Grand Jury Charges that:

## COUNT 1

On or about January 28, 2005, within the District of Alaska, the defendant, DENNARD HEGNA, did knowingly and intentionally distribute a controlled substance, to wit: approximately 6.5 grams of a mixture or substance containing a detectable amount of methamphetamine, all of which is in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 2

On or about February 1, 2005, within the District of Alaska, the defendant, DENNARD HEGNA, did knowingly and intentionally distribute a controlled substance, to wit: approximately 13.8 grams of a mixture or substance containing a detectable amount of methamphetamine, which in turn contained at least 5 grams of actual methamphetamine, all of which is in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 3

On or about March 15, 2004, within the District of Alaska, the defendant, DENNARD HEGNA, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: approximately 157 grams of a mixture or substance containing a detectable amount of methamphetamine, which in turn contained at least 5 grams of actual methamphetamine, all of which is in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 4

On or about February 1, 2005, within the District of Alaska, the defendant, DENNARD HEGNA, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: approximately 10.2 grams of a mixture or substance containing a detectable amount of methamphetamine, all of which is in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL.

s/Grand Jury Foreperson
GRAND JURY FOREPERSON


s/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
bryan.schroder@usdoj.gov


s/Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: deb.smith@usdoj.gov

DATED: __3/21/06_____