DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:05-cr-043-RRB |
| | ) | |
| Plaintiff, | ) | **ERRATA TO PLEA** |
| | ) | **AGREEMENT FILED AT** |
| vs. | ) | **DOCKET 25** |
| | ) | |
| DENNARD CARL HEGNA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

  COMES NOW Plaintiff, the United States of America, and moves this court to file the attached full copy of the Plea Agreement in the above captioned case. The Government's original filing, Docket 25, was missing pages 3 and 14.

RESPECTFULLY SUBMITTED this 31st day of March, 2006, at Fairbanks, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/Bryan Schroder
        BRYAN SCHRODER
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        101 12th Avenue, Room 310
        Fairbanks, Alaska 99701
        Phone: (907) 456-0245
        Fax: (907) 456-0577
        Email: bryan.schroder@usdoj.gov
        Bar # 21146

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31st, 2006,
a copy of the foregoing **ERRATA TO
PLEA AGREEMENT FILED AT DOCKET 25**,
was served, via Electronic Filing, on:

**M. J. Haden,**
Federal Public Defender


s/Bryan Schroder