DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:05-cr-00043-RRB |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S** |
| | ) | **SENTENCING** |
| vs. | ) | **MEMORANDUM** |
| | ) | |
| DENNARD CARL HEGNA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW, the United States of America, by and through undersigned counsel, and submits its sentencing memorandum concerning defendant, Dennard Carl Hegna, as follows:

I.   **Summary of Estimated Guideline Calculations**

The government has no objections to the presentence report (PSR) calculations. Therefore, defendant is facing a guideline sentencing range of 57-71 months. Mr. Hegna is subject to a statutory mandatory minimum sentence of 5 years or 60 months. Thus, the actual sentencing range is 60-71 months. The government will not be filing a motion for downward departure.

II.  **Response to Anticipated Objections**

Based on defendant's sentencing memorandum, the government anticipates that there will be no objections to the PSR and both parties will request that the court accept the contemplated sentence set forth in the plea agreement.

III. **Government's Recommendation**

As contemplated by the plea agreement, the government will recommend that the court sentence Mr. Hegna to 60 months imprisonment. The government will also recommend that defendant be put under supervised release for 5 years. Given Mr. Hegna's history with controlled substances, as outlined in the PSR, longer-term supervision is appropriate.

On March 15, 2004, an Alaska State Trooper performed a traffic stop on a vehicle driven by Mr. Hegna. During that traffic stop, the Trooper saw a small glassine envelope containing a white powdery residue. The Trooper also became

aware that the Mr. Hegna was in a probationary status. Upon getting authorization from Mr. Hegna's probation officer to conduct a search pursuant to probation conditions, the officer found methamphetamine in the vehicle. Subsequent laboratory testing revealed that the methamphetamine substance contained over 5 grams of actual methamphetamine.

     The contemplated sentence of 60 months falls well within the calculated range of the Federal Sentencing Guidelines, and meets the required statutory mandatory minimum. A sentence of 60 months, with 5 years of supervised release, is a necessary step to deter this behavior, protects the citizens of the State and provides a just punishment. The government respectfully recommends that the court impose sentence in accordance with the plea agreement as detailed

//
//
//
//
//
//
//
//

above.

RESPECTFULLY SUBMITTED this 2nd day of June, 2006, in Fairbanks, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/Bryan Schroder
        BRYAN SCHRODER
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        101 12th Avenue, Room 310
        Fairbanks, Alaska  99701
        Phone: (907) 456-0245
        Fax: (907) 456-0577
        Email: bryan.schroder@usdoj.gov
        Bar # 21146

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2006,
a copy of the foregoing **GOVERNMENT'S SENTENCING MEMO**, was served,
via Electronic Filing, on:

**M. J. Haden,**
Federal Public Defender

s/Bryan Schroder