M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>DENNARD CARL HEGNA,<br><br>                    Defendant. | Case No. 4:05-cr-0043-RRB<br><br>**DEFENDANT'S<br>SENTENCING MEMORANDUM** |

   Defendant, Dennard Carl Hegna, by and through counsel M. J. Haden, Staff Attorney, files the following sentencing memorandum to aid the court at the imposition of sentence hearing scheduled for Friday, June 9, 2006, in Fairbanks, Alaska.

   Mr. Hegna has pleaded guilty to a single count of possession of a least five grams of methamphetamine with the intent to distribute in violation of 21 U.S.C. § 841. The PSR writer correctly calculates his advisory guideline range as 57 to 71 months. The parties have agreed that Mr. Hegna should receive a sentence of 60 months, which is the mandatory minimum under § 841(b)(1)(B).  There are no unresolved issues concerning the Presentence Report.

Mr. Hegna requests that the court accept the recommendation of the parties and sentence him to five years. He also requests that the court sentence him to four years of supervised release. Mr. Hegna's conduct while incarcerated at the Fairbanks Correctional Center has demonstrated that he has taken great strides to turn his life around. As described by the attached letter from Fred Quaile, Education Coordinator for the Fairbanks Correctional Center Education Center, Mr. Hegna has been a "cooperative, reliable and willing worker with a positive attitude." Mr. Hegna has sought to make the most of his incarceration. He has worked in the Education Center for approximately one year. During that time he has not only been a helpful assistant, but he also has participated in of all the classes and educational programs offered to inmates. Mr. Hegna has reached a point where he realizes the damage that his drug addiction had on his life. He is ready to put his drug use behind him and be a contributing member of the Fairbanks community. His actions at the jail show that he has the capability and desire to be productive and make positive changes.

Mr. Hegna respectfully asks that the court sentence him to five years incarceration followed by four years of supervised release. Mr. Hegna also requests that the court strongly recommend that he be allowed to participate in the Bureau of Prison 500 Hour Drug and Alcohol Program.

DATED this 5th day of June, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 5, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan D. Schroder, Esq.

/s/ M. J. Haden