

**STATE OF ALASKA**

FRANK H. MURKOWSKI, GOVERNOR

## DEPARTMENT OF CORRECTIONS

1931 EAGAN STREET
FAIRBANKS, ALASKA 99701
Phone: (907) 458-6739
Fax: (907) 458-6774

### FAIRBANKS CORRECTIONAL CENTER

### FCC - EDUCATION CENTER

June 1, 2006

M. J. Haden
Assistant Federal Defender

Regarding Dennard Hegna:

Dennard Hegna was hired as a helper in the Education Center 6/21/2005. His duites include but are not limited to recording education programs from the satellite downlink with programs coming to us from Corrections Learning Network, Spokane, Washington. These programs include GED instruction, Job Skills, Life Skills, Parenting from the Inside Skills. Dennard has been exposed to all the classes offered. Until CLN provided DVD's of the educational programs, Dennard burned DVD's for the many classes FCC – Education Center offers. He generally sat through the classes at his work desk in the library/class room. He did officially sign the sign-in sheets for all the Business Basics Class. He will receive a certificate for that class. He has completed 5 of the 10 Learning A Living classes. I expect he will finish if he is here to finish. It meets once a week.
He has recently participated in Parenting from the Inside for 9 actual class hours.

Hegna's duties include filing books on book shelves in the library, water plants, sweep, mop, and dust the library, office, computer lab and the po's offices. He has been reliable and tends to his duties without being asked or told. He has done a far above average job of keeping the Education Center clean and attractive. He is always willing to help with moving furniture, lifting computers and components when the computer instructor needs to work on them. He has been a cooperative, reliable and willing worker with a positive attitude.

Thank you,

Fred Quaile

Fred Quaile
Education Coordinator

# Congratulations

## This is to Certify That

*Dennard Hegna*

**Completed
Business Basics**

(Twelve hours / Twelve lessons)



_____
*Fred E. Quaile*
Education Coordinator

June 1, 2006

# CLN Certificate of Completion

## Dennard Hegna

is hereby recognized for quality work and participation in
"Success from the Inside Out" series, Business Basics
and is awarded this certificate

Given this 27th day of April, two thousand and six

_Fred Quaile_
Site Facilitator

_[signature]_
Director, Corrections Learning Network