AO 442 (Rev. 12/85) Warrant for Arrest



U.S. MARSHALS SERVICE
ALASKA
2005 DEC 14 PM 3:03

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | CASE NUMBER: F05-0043 CR (RRB) |
| DENNARD CARL HEGNA | |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest DENNARD CARL HEGNA and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[X] Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense):

DISTRIBUTION OF METHAMPHETAMINE  -  COUNTS 1 & 2
POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE  -  COUNT 3

in violation of Title 21 United States Code, Section(s) 841(a)(1), (b)(1)(C) - COUNTS 1 & 2
21 USC Section 841(a)(1),  (b)(1)(B)  COUNT 3

| Ida Romack | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| by (REDACTED SIGNATURE) Deputy Clerk | December 14, 2005 at Anchorage, Alaska |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $ to be determined     by Magistrate Judge John D. Roberts

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: FAIRBANKS, AK

| DATE RECEIVED 12/14/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/16/05 | US MARSHALS | For R. [signature] |

## THE FOLLOWING IS FURNISHED FOR INVESTIGATIVE INFORMATION:

| | |
|---|---|
| DEFENDANT'S NAME: DENNARD HEGNA | |
| ALIAS: | |
| LAST KNOWN RESIDENCE: REDACTED | REDACTED |
| LAST KNOWN EMPLOYMENT: UNK | |
| PLACE OF BIRTH: Long Beach, CA | |
| DATE OF BIRTH: REDACTED | |
| COMPLETE CRIMINAL HISTORY PRINTOUT (ATTACHED) YES  NO ✓ | |
| SOCIAL SECURITY NUMBER: REDACTED | |
| HEIGHT: 6' 0" | |
| WEIGHT: 185 | |
| SEX: M | |
| RACE: W | |
| HAIR: Bro | |
| EYES: Blu | |
| SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: UNK | |
| COMPLETE DESCRIPTION OF AUTO: N/A | |
| FBI NUMBER: 912166JB2 | |
| AGENCY CASE NUMBER: DEA-RG-05- | |
| INVESTIGATIVE AGENCY /PHYSICAL ADDRESS: DEA, 101 12th Ave., Fairbanks, AK | |
| CASE AGENT: Michael Foran | |
| AGENT PHONE NUMBER/ PAGER: (907) 455-1818 | |
| AGENT EMAIL ADDRESS: | |